IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01364–KMT

CATHERINE M. WHITAKER,

    Plaintiff,

v.

EXPRESS SCRIPTS, INC.,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion and Stipulation for Dismissal" (Doc. No. 18, filed Apr. 29, 2015) is GRANTED. The case is DISMISSED with prejudice. Each party shall bear her or its own attorney fees and costs.

Dated: April 29, 2015